# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 4, 2021

Index #   1:21-cv-00970-VSb

---

*Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated*          Plaintiff

against

*Chowbus, Inc d/b/a Chowbus., et al*          Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____James Perone_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____February 5, 2021_____ , at ___11:00 AM___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records
and Minutes Pursuant to Section 624 of The New York State Business Corporation Law          on

_____Chowbus, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of

the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that

at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was

made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person

so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly

authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: ___46___   Approx. Wt: ___195___   Approx. Ht: ___5'9"___

Color of skin: ___White___   Hair color: Lt. Brown   Sex: ___Female___   Other: _____

Sworn to before me on this

__5th__ day of February 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone

**Attny's File No.**

Invoice•Work Order # S1853500

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*