(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.



SINCE 1924

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 2/5/2021 | S1853500 |

| Bill To | Ship To |
|---|---|
| Michael Faillace & Assoc.<br>Federico Frias<br>60 E. 42nd St., #4510, 1 Grand Central Pl<br>New York, NY 10165 | Michael Faillace & Assoc.<br>Federico Frias<br>60 E. 42nd St., #4510, 1 Grand Central Pl<br>New York, NY 10165 |

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | MP | 171200 | 212.317-1200 |

| Description | Amount |
|---|---|
| Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated<br>VS<br>Chowbus, Inc d/b/a Chowbus., et al<br>SERVICE ON: Chowbus, Inc. | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | | |
|---|---|---|
| | Total | $80.00 |
| - THANK YOU - PAY THIS INVOICE UPON RECEIPT - | Payments/Credits | -$80.00 |
| RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS | Balance Due | $0.00 |

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

PAID 02/05/2021

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 4, 2021
Index #   1:21-cv-00970-VSb

*Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated*   Plaintiff

against

*Chowbus, Inc d/b/a Chowbus., et al*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY      SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 5, 2021_____, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law   on

_____Chowbus, Inc._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: __46__   Approx. Wt: __195__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this
__5th__ day of February 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1853500

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.



**SERVICO**
SINCE 1924
P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 2/5/2021 | S1853501 |

| Bill To | Ship To |
|---|---|
| Michael Faillace & Assoc.<br>Federico Frias<br>60 E. 42nd St., #4510, 1 Grand Central Pl<br>New York, NY 10165 | Michael Faillace & Assoc.<br>Federico Frias<br>60 E. 42nd St., #4510, 1 Grand Central Pl<br>New York, NY 10165 |

PAID 02/05/2021

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | MP | 171200 | 212.317-1200 |

| Description | Amount |
|---|---|
| Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated<br>VS<br>Chowbus, Inc d/b/a Chowbus., et al<br>SERVICE ON: Fantuan Group, Inc. n/k/a Chowbus, Inc | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| CORRECTION: name change on file | 7.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

| | | |
|---|---|---|
| - THANK YOU - PAY THIS INVOICE UPON RECEIPT - | **Total** | **$87.00** |
| | **Payments/Credits** | **-$87.00** |
| RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS | **Balance Due** | **$0.00** |

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 4, 2021
Index #  1:21-cv-00970-VSb

*Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated*    Plaintiff

against

*Chowbus, Inc d/b/a Chowbus., et al*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 5, 2021_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law    on

_____Fantuan Group, Inc. n/k/a Chowbus, Inc_____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __46__   Approx. Wt: __195__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this
_5th_ day of February 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1853501

**SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201**



(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 2/5/2021 | S1853502 |

**Bill To**
Michael Faillace & Assoc.
Federico Frias
60 E. 42nd St., #4510, 1 Grand Central Pl
New York, NY 10165

**Ship To**
Michael Faillace & Assoc.
Federico Frias
60 E. 42nd St., #4510, 1 Grand Central Pl
New York, NY 10165

PAID 02/05/2021

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | MP | 171200 | 212.317-1200 |

| Description | Amount |
|---|---|
| Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated VS Chowbus, Inc d/b/a Chowbus., et al | |
| SERVICE ON: Chowbus Grocery LLC | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 15.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| Total | $80.00 |
|---|---|
| Payments/Credits | -$80.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: February 4, 2021  
Index #   1:21-cv-00970-VSb

*Armando Francisco Flores., et al Individually and On Behalf of Others Similarly Situated*   Plaintiff

against

*Chowbus, Inc d/b/a Chowbus., et al*   Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___ February 5, 2021 ___, at ___ 11:00 AM ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Complaint Collective Action Under 29 U.S.C §216(b), and Demand By Employee to Inspect Share Records and Minutes Pursuant to Section 624 of The New York State Business Corporation Law   on

_____ Chowbus Grocery LLC _____, the Defendant in this action, by delivering to and leaving with ___ Amy Lesch ___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: 46   Approx. Wt: 195   Approx. Ht: 5'9"  
Color of skin: White   Hair color: Lt. Brown   Sex: Female   Other: _____

Sworn to before me on this  
5th day of February 2021

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1853502

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**