UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ARMANDO FRANCISCO FLORES, et al.,  :
:
                Plaintiffs,  :
:    21-CV-970 (VSB)
      -against-  :
:    **ORDER**
CHOWBUS, INC., et al.,  :
:
                Defendants.  :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       Plaintiffs filed this action against Defendants Chowbus Inc., Fantuan, Group, Inc., Chowbus Grocery LLC, Chen Pu, Eddie Lou, and Linxin Wen on February 3, 2021.  (Doc. 1.)  On February 5, 2021, Plaintiffs filed affidavits of service on Defendants Chowbus Inc., Fantuan, Group, Inc., and Chowbus Grocery LLC (collectively, the "Corporate Defendants").  (Docs. 16, 17, 18.)  The deadline for the Corporate Defendants to respond to Plaintiff's complaint was February 26, 2021.  (*See* Docs. 16, 17, 18.)  To date, none of the Corporate Defendants have appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 12, 2021.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 1, 2021  
              New York, New York

                                                                VERNON S. BRODERICK  
                                                                 United States District Judge