

David A. Landman
Partner
DIRECT  917.262.7271
DIRECT FAX  216.583.7389
EMAIL  dlandman@ulmer.com

May 19, 2021

**VIA THE COURT'S ECF SYSTEM**
Hon. Vernon S. Broderick
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    RE:    *Flores v. Chowbus Inc. et al;* **1:21-cv-00970**
            **Request for Removal of Action from Mediation**

Dear Judge Broderick,

On March 25, 2021, the Court entered an Order pursuant to Local Civil Rule 83.9, referring this action to the Court's Mediation Program, explaining that "[i]n the Court's experience, cases involving FLSA claims" – such as this one – "often benefit from early mediation" [Doc. 30].

Given the Court's commendation of mediation, Defendants have carefully considered the potential benefits thereof. However, Defendants do not believe that mediation and/or settlement negotiations would be effective at this time, and would merely waste the resources of the parties and the mediator.

Consequently, while open to reconsidering mediation at a later juncture, Defendants respectfully request that this action be removed from the Court's Mediation Program. Defendants are confident that litigation – not mediation – will shed much needed light on the facts purportedly underlying plaintiffs' claims, and their alleged legal bases of recovery.

Respectfully,

*/s/  David Landman*
David A. Landman
**Ulmer & Berne LLP**
275 Madison Avenue, Suite 2002
New York, NY 10016-1138
(917) 262-7271
dlandman@ulmer.com

Steven P. Blonder
Camille N Khodadad
**Much Law**
191 N. Wacker Drive, Ste 1800
Chicago, IL 60606
(312)-521-2000/(312)-521-2639
sblonder@muchlaw.com
ckhodadad@muchlaw.com

*Attorneys for Defendants*

c:
    All counsel of record (via the Court's ECF system)
    SDNY Mediation Office (via email; MediationOffice@nysd.uscourts.gov)

CLEVELAND
COLUMBUS
CINCINNATI
CHICAGO
NEW YORK
WASHINGTON DC
BOCA RATON

ULMER.COM

275 Madison Avenue
Suite 2002
New York, NY 10016-1138

FIRM  917.262.0470      FAX  917.262.0480

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically on May 19, 2021. Parties may access this filing through the Court's system.

/s/ David Landman
David A. Landman
***One of the Attorneys for Defendants***