# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 7, 2021

**VIA ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　　　Re:　　Flores et al v. Chowbus Inc. et al
　　　　　　　　　**1:21-cv-00970-VSB**

Your Honor:

　　　　We represent Plaintiffs in the above referenced matter. We write to respectfully ask the court an extension for completing discovery. The current deadline is December 14th, 2021. This is the second request of its kind.

　　　　The reason for this request is because during the parties' November 1 meet and confer Plaintiffs agreed to revise and supplement discovery responses and therefore need sufficient time to produce said responses. Additionally, Defendants have agreed to withdraw their timeliness objection to Plaintiffs' discovery requests and are in the process of responding to Plaintiffs' interrogatories and document requests. Furthermore, the parties are discussing possible deposition dates. Accordingly, the parties respectfully request the Court extend discovery for 60 days.

　　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　/s/ Clela Errington
　　　　　　　　　　　Clela Errington, Esq.
　　　　　　　　　　　CSM LEGAL, P.C.
　　　　　　　　　　　*Attorneys for Plaintiff*

Cc: Defendants' Counsel (via email and ECF)

*Certified as a minority-owned business in the State of New York*