**NEAL GERBER EISENBERG**

June 1, 2022

Alexis M. Dominguez
Attorney at Law

**VIA ELECTRONIC FILING**

Honorable Vernon S. Broderick, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  06/02/22
>
> The post-discovery conference previously scheduled for 7/7/2022 is hereby adjourned sine die. The parties shall complete discovery by 9/12/2022.

Re: *Flores v. Chowbus, Inc. et al.* **(Case No. 1:21-cv-00970-VSB)**
**Joint Request to Stay Proceedings Pending Private Mediation**

Your Honor:

My firm represents Defendants in the above-referenced matter. With the agreement of counsel for Plaintiff, I write to respectfully request that the Court stay the proceedings for 90 days, including the current June 14, 2022 deadline to complete fact discovery, pending the parties' completion of private mediation. This is the fourth request of its kind.

On April 8, 2022, Plaintiffs filed their Letter Motion for Leave to File Second Amended Complaint, which sought to add seven additional named Plaintiffs to this case. [Doc. 72.] On April 12, 2022, the Court entered an Order granting Plaintiffs' motion and setting a discovery close deadline of June 14, 2022. [Doc. 73.] Thereafter, Plaintiffs filed their Second Amended Complaint on April 14, 2022. [Doc. 74.] In the time since, the parties have completed written discovery with respect to the seven newly added Plaintiffs. Contemporaneous to those discovery efforts, the parties have engaged in limited informal settlement discussions regarding the potential global resolution of this matter. However, the addition of the new Plaintiffs to the case has complicated those discussions due to the volume of additional information at issue. At this time, the parties believe that the assistance of a third-party neutral would be helpful to the parties in processing and assessing the significance of this new information on the parties' respective settlement positions.

Accordingly, the parties are in agreement that a private mediation is likely to provide the most efficient path forward to resolving this matter. The parties also are in agreement that oral discovery should be stayed pending that mediation in order to conserve resources, which might otherwise be applied toward a potential settlement in this matter. Cognizant of the Court's limited availability to oversee such a mediation on an expedited basis and wanting to avoid further delay, Defendants have agreed to pay for the cost of a private mediator to oversee that mediation.

Thus, Defendants (with the agreement of Plaintiffs) respectfully request that the Court enter an Order staying the proceedings for 90 days, pending the parties' completion of private mediation.



June 1, 2022
Page 2

We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            NEAL, GERBER & EISENBERG LLP

                            */s/ Alexis M. Dominguez*

                            Alexis M. Dominguez

cc: All Counsel of Record (via ECF filing)