UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                          :
ARMANDO FRANCISCO FLORES, et al.,     :
                                                          :
                         Plaintiffs,   :
                                                          :        21-CV-970 (VSB)
              -against-             :
                                                          :           **ORDER**
CHOWBUS, INC., et al.,                         :
                                                          :
                        Defendants.  :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiffs filed this action against Defendants Chowbus Inc., Fantuan, Group, Inc., Chowbus Grocery LLC, Chen Pu, Eddie Lou, and Linxin Wen on February 3, 2021. (Doc. 1.) On June 2, 2022, I granted Parties' request for a 90 day stay to complete private mediation and to complete fact discovery, and ordered parties to complete discovery by September 12, 2022.

      It is now past the discovery deadline. To date, none of the parties have notified the court of the status of discovery or of the private mediation. Accordingly, parties are instructed to submit a joint status letter by September 22, 2022 updating the Court on: 1) whether discovery has been completed, 2) the status or result of private mediation, and 3) the status of any settlement discussions.

SO ORDERED.

Dated: September 16, 2022
         New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge