UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARMANDO FRANCISCO FLORES, et al.,

                          Plaintiffs,

              -against-

CHOWBUS, INC., et al.,

                        Defendants.
------------------------------------------------------------X

21-CV-970 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

       On September 30, 2022 at 11:00 am I held a post-discovery conference telephonically. During the conference, the parties represented that they were close to reaching a settlement agreement. Therefore, it is hereby:

       ORDERED that all pretrial deadlines are adjourned *sine die*.

       IT IS FURTHER ORDERED that the parties shall submit a joint letter updating the Court on the status of the case on or before October 21, 2022.  The letter is not limited to, but shall include information about the status of settlement efforts.

SO ORDERED.

Dated: September 30, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge