**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

ARMANDO FRANCISCO FLORES, NOE
ESCAMILLA VILLANO, MARIO
CLEMENTE, DANIEL HERRERA
SANTIAGO, FERNANDO PERALTA
CANDIA, LEONEL PERALTA CANDIA,
ALVARO BELLON, LEONEL ROCHA
MUNOZ, ANGEL DE JESUS GARCIA, and
LUIS PANZEIS, *individually and on behalf of
others similarly situated*,

         *Plaintiffs*,

      -against-

CHOWBUS INC. (D/B/A CHOWBUS),
FANTAUN GROUP INC. (D/B/A
CHOWBUS), CHOWBUS GROCERY LLC
(D/B/A CHOWBUS), CHEN PU, EDDIE
LOU, ZHENJUN SHEN, and LINXIN WEN,

        *Defendants.*
---------------------------------------------------------X

21-CV-00970

**NOTICE OF PLAINTIFFS'
ACCEPTANCE OF
DEFENDANTS' OFFERS OF
JUDGMENT PURSUANT TO
F.R.C.P. RULE 68**

   Plaintiffs ARMANDO FRANCISCO FLORES, NOE ESCAMILLA VILLANO, MARIO

CLEMENTE, DANIEL HERRERA SANTIAGO, FERNANDO PERALTA CANDIA, LEONEL

PERALTA CANDIA, ALVARO BELLON, LEONEL ROCHA MUNOZ, ANGEL DE JESUS

GARCIA, and LUIS PANZEIS), through their undersigned counsel, hereby notify the Court that

on or about October 28, 2022, said Plaintiffs accepted Defendants' Offer of Judgment, pursuant to

Rule 68 of the Federal Rules of Civil Procedure.  Annexed hereto are copies of, respectively, (a)

said Offers of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of

service of said Acceptance.

Dated: October 31, 2022

                                                               Clela A. Errington, Esq.
                                                               CSM Legal, P.C.
                                                               60 East 42nd Street, Suite 4510
                                                               New York, NY 10165
                                                               clela@csm-legal.com
                                                               Attorneys for Plaintiff