UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ARMANDO FRANCISCO FLORES, NOE ESCAMILLA VILLANO, MARIO CLEMENTE, DANIEL HERRERA SANTIAGO, FERNANDO PERALTA CANDIA, LEONEL PERALTA CANDIA, ALVARO BELLON, LEONEL ROCHA MUNOZ, ANGEL DE JESUS GARCIA, and LUIS PANZEIS, *individually and on behalf of others similarly situated*,

Case No.: 21-CV-00970

*Plaintiffs*,

**[Proposed Form Of]
JUDGMENT**

-against-

CHOWBUS INC. (D/B/A CHOWBUS), FANTAUN GROUP INC. (D/B/A CHOWBUS), CHOWBUS GROCERY LLC (D/B/A CHOWBUS), CHEN PU, EDDIE LOU, ZHENJUN SHEN, and LINXIN WEN,

*Defendants*.

-----------------------------------------------------------------X

## JUDGMENT

WHEREAS on or about October 28, 2022, Defendants CHOWBUS INC. (D/B/A CHOWBUS), FANTAUN GROUP INC. (D/B/A CHOWBUS), CHOWBUS GROCERY LLC (D/B/A CHOWBUS), CHEN PU, EDDIE LOU, ZHENJUN SHEN, and LINXIN WEN, extended to Plaintiffs pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00);

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, ARMANDO FRANCISCO FLORES, NOE ESCAMILLA VILLANO, MARIO CLEMENTE, DANIEL HERRERA SANTIAGO, FERNANDO PERALTA CANDIA, LEONEL PERALTA CANDIA, ALVARO BELLON, LEONEL ROCHA MUNOZ, ANGEL DE JESUS GARCIA, and LUIS PANZEIS have judgment against CHOWBUS INC. (D/B/A CHOWBUS),

- 2 -

FANTAUN GROUP INC. (D/B/A CHOWBUS), CHOWBUS GROCERY LLC (D/B/A CHOWBUS), CHEN PU, EDDIE LOU, ZHENJUN SHEN, and LINXIN WEN, jointly and severally, in the amount of One Hundred Twenty Thousand Dollars and Zero Cents ($120,000.00) which is inclusive of attorneys' fees and costs.

Dated: _____, 2022

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE